1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| SCRIPPS HEALTH, a California corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>NTHRIVE REVENUE SYSTEMS, LLC, formerly known as Medassets Analytical Systems, LLC, a Delaware limited liability company; NTHRIVE, INC., doing business as nThrive Revenue Systems, LLC, a Delaware corporation; and FORMATIV HEALTH, a Delaware limited liability company,<br><br>                                    Defendants. | Case No.:  19-cv-00760-H-DEB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>[Doc. No. 172.] |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On November 6, 2020, the Court issued an amended scheduling order.  (Doc. No. 92.)  Under the amended scheduling order, a pre-trial conference is currently scheduled for Monday, June 21, 2021 at 10:30 a.m.  (Id. at 2.)

On May 26, 2021, the parties filed a joint motion to amend the scheduling order. (Doc. No. 172.)  In the joint motion, the parties explain that they have conferred with Magistrate Judge Butcher, and they have agreed to attend a private mediation with the Hon.

1

Irma Gonzalez, Ret., that is tentatively scheduled for July 8, 2021 along with a follow-up status conference with Magistrate Judge Butcher on July 14, 2021.  (Id. at 2-3.)  The parties request, in light of this, that the Court continue all the remaining dates and deadlines in the action until at least 30 days after the July 14, 2021 status conference with Magistrate Judge Butcher.  (Id.)

For good cause shown, the Court grants the joint motion to amend the scheduling order.  The Court continues all remaining dates and deadlines from the November 6, 2020 scheduling order for sixty (60) days.  In addition, the Court orders the parties to file a joint status report with the Court by **July 21, 2021**.

**IT IS SO ORDERED.**

DATED: May 27, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

2