UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRIPPS HEALTH, a California corporation,<br><br>                               Plaintiff,<br><br>v.<br><br>NTHRIVE REVENUE SYSTEMS, LLC, formerly known as Medassets Analytical Systems, LLC, a Delaware limited liability company; NTHRIVE, INC., doing business as nThrive Revenue Systems, LLC, a Delaware corporation; and FORMATIV HEALTH, a Delaware limited liability company,<br><br>                               Defendants. | Case No.: 19-cv-00760-H-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 184.] |

     On January 18, 2022, the parties filed a joint motion to dismiss the action in its entirety, including both Scripps' complaint and nThrive's counterclaims, with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. No. 184.)  In the joint motion, the parties stated that they will bear their own fees and costs, respectively, and thus no fees or costs should be awarded upon dismissal.  (Id.)

     The Court, for good cause shown, grants the joint motion to dismiss.  The Court dismisses the action in its entirety, including both Scripps' complaint and nThrive's

1 | counterclaims, with prejudice.  The parties will bear their own fees and costs, respectively.
2 | The Clerk is directed to close the case.
3 |      **IT IS SO ORDERED.**
4 | DATED: January 18, 2022

                                                        */s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT